IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STC.UNM,

    Plaintiff,

v.                                                             CIV 17-1123 MV/KBM

QUEST DIAGNOSTICS INCORPORATED
and QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Magistrate Judge Karen B. Molzen filed her Proposed Findings and Conclusions of Law on March 8, 2019, *(Doc. 72)* in which she recommended that STC.UNM's Motion to Remand (*Doc. 12*) be granted and STC.UNM's Motion to Dismiss Defendants' Counterclaims (*Doc. 10*) be denied as moot. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Conclusions of Law *(Doc. 72)* is **ADOPTED**;

2. STC.UNM's Motion to Remand (*Doc. 12*) is **GRANTED**;

3. STC.UNM's Motion to Dismiss Defendants' Counterclaims (*Doc. 10*) is **DENIED AS MOOT**;

4. This matter is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE